**Raphael MENDEZ, Petitioner–**
**Appellant,**

v.

**W. Earl BRITT, Respondent–Appellee.**

No. 02–7602.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 3, 2002.

Decided Dec. 18, 2002.

---

Raphael Mendez, Appellant Pro Se.

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Raphael Mendez, a federal prisoner, appeals the district court's order and judgment denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mendez v. Britt,* No. CA–02–622–2–BO (E.D.N.C. Sept. 24, 2002). We deny his motion for bail. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*